# EXHIBIT A

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF RICHLAND | THE FIFTH JUDICIAL CIRCUIT |
| Teresa Solomon, | Civil Action No.: |
| Plaintiff, | |
| v. | |
| Sensenich Trucking Company and Paul Sambrosky, | SUMMONS |
| Defendants. | |

**TO: THE ABOVE-NAMED DEFENDANTS:**

**YOU ARE HEREBY SUMMONED** and required to answer the Complaint in this action, a copy of which is hereby served upon you, and to serve a copy of your Answer to the said Complaint upon the subscribers at 1717 Marion Street, Columbia, South Carolina 29201, within thirty (30) days after the service hereof, exclusive of the day of such service, and if you fail to answer the Complaint within the time aforesaid, Plaintiff will apply to the Court for the relief demanded in the Complaint and judgment by default will be rendered against you for the relief demanded in the Complaint.

Respectfully submitted,

*s/ J. Eric Cavanaugh*
J. Eric Cavanaugh, S.C. Bar No. 100044
Joseph O. Thickens, S.C. Bar No. 101398
William H. Yarborough, Jr., S.C. Bar No. 102868
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel:  (803) 888-2200
Fax: (803) 888-2219

**ATTORNEYS FOR PLAINTIFF**

Columbia, South Carolina

April 1, 2022

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

| | |
|---|---|
| STATE OF SOUTH CAROLINA | IN THE COURT OF COMMON PLEAS |
| COUNTY OF RICHLAND | THE FIFTH JUDICIAL CIRCUIT |
| Teresa Solomon, | Civil Action No.: |
| Plaintiff, | |
| v. | |
| Sensenich Trucking Company and Paul Sambrosky, | COMPLAINT |
| Defendants. | |

Now comes the Plaintiff, who, complaining of the Defendants, would allege and show unto this Honorable Court as follows:

1. Plaintiff is a citizen and resident of the County of Richland, State of South Carolina.

2. Upon information and belief, Defendant Sensenich Trucking Company (hereinafter "Sensenich Trucking") is a limited liability company organized and existing under the laws of Pennsylvania, and at all times herein mentioned doing business in South Carolina, and who was at all relevant times acting through its agent, servant and/or employee Defendant Paul Sambrosky (hereinafter "Sambrosky") who was at all times acting within the course and scope of his employment.

3. Upon information and belief, Defendant Paul Sambrosky is a citizen and resident of the County of Snyder, State of Pennsylvania and was the driver of the tractor-trailer which collided with Plaintiff.

4. The accident giving rise to this litigation occurred in Richland County, State of South Carolina.

5. Venue is proper pursuant to § 15-7-30 of the South Carolina Code of Laws.

6. This Court has subject matter jurisdiction over this matter and *in personam* jurisdiction over the parties.

## FACTS

7. On or about August 18, 2021, Plaintiff and Defendant Sambrosky were both travelling south on Interstate 77 in Richland County when suddenly and without warning Defendant Sambrosky, who made an improper lane change, struck the side of Plaintiff's vehicle. As a result of Defendant Sambrosky's actions and inactions, Plaintiff was thrown in and about her vehicle and suffered serious and debilitating personal injuries.

8. At all relevant times herein, Defendant Sambrosky was acting as an agent, servant or employee of Defendant Sensenich Trucking and within the course and scope of his employment, and Defendant Sensenich Trucking is liable for the actions and inactions of Defendant Sambrosky.

9. That as a result of the aforesaid, the Plaintiff suffered bodily injuries for which she received medical treatment and is continuing to receive medical treatment. Also, as a result of the aforesaid, Plaintiff missed work and has incurred lost wages. Plaintiff also suffered property damage to her vehicle, including but not limited to depreciation and loss of use.

### FOR A FIRST CAUSE OF ACTION
### (Negligence as to all Defendants)

10. Plaintiff repeats and reiterates the above allegations not inconsistent herewith as if repeated verbatim herein.

11. That the wreck and resulting injuries to the Plaintiff occurred as a direct and proximate result of the negligent, careless, reckless, willful, and wanton acts and delicts of Defendants, either solely and to the exclusion of each other, or in some combination thereof, in the following particulars, to wit:

   a. In failing to maintain a proper lookout;

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

b. In failing to maintain proper control of the vehicle;

c. In operating the vehicle in an unlawful and reckless manner;

d. In failing to properly maintain the tractor and trailer;

e. In failing to make a proper lane change;

f. In failing to exercise due care under the circumstances then and there prevailing to avoid injury and damage to others, especially the Plaintiff herein;

g. In operating the vehicle on the highway without due regard for the rights of others, especially the Plaintiff herein;

h. In failing to yield the right-of-way;

i. In driving too fast for conditions; and

j. In such other particulars as may be shown at trial.

12. All of the above are in violation of the common and statutory laws of the state of South Carolina and the rules and regulations promulgated by the South Carolina Department of Transportation and applicable Federal authorities.

13. As the direct and proximate cause of the aforesaid negligence, carelessness, recklessness, willfulness, and wantonness of Defendants, either solely and to the exclusion of each other, or in some combination thereof, as set forth above, Plaintiff was thrown in and about the interior of the vehicle, causing her to sustain injuries including pain and suffering, past, present and future; causing her to incur medical expenses, past, present and future; causing her shock, embarrassment, and mental distress, past, present and future; causing her to incur lost wages, past, present and future; causing her to suffer property damage to her vehicle, including but not limited to depreciation and loss of use, past, present and future; all to the Plaintiff's actual and punitive damages in an amount to be determined by the triers of the facts.

4

## FOR A SECOND CAUSE OF ACTION
### (Negligent Entrustment as to Defendant Sensenich Trucking)

14. Plaintiff repeats and reiterates the above allegations not inconsistent herewith as if repeated verbatim.

15. Upon information and belief, Defendant Sensenich Trucking is the owner of the tractor operated by Defendant Sambrosky, and Defendant Sensenich Trucking was in control of the subject tractor-trailer and responsible for its use and entrusted said vehicle to Defendant Sambrosky.

16. Defendant Sensenich Trucking was negligent, careless, reckless, willful and wanton in entrusting said vehicle to the Defendant Sambrosky for his use.

17. As the direct and proximate cause of the aforesaid negligence, carelessness, recklessness, willfulness, and wantonness of Defendant Sensenich Trucking, Plaintiff was injured or damaged, Plaintiff was thrown in and about the interior of the vehicle, causing her to sustain injuries, including pain and suffering, past, present and future; causing her to incur medical expenses, past, present and future; causing her shock, embarrassment, and mental distress, past, present and future; all to the Plaintiff's actual and punitive damages in an amount to be determined by the triers of the facts.

## FOR A THIRD CAUSE OF ACTION
### (Negligent Hiring, Negligent Training and Negligent Supervision as to Defendant Sensenich Trucking)

18. Plaintiff repeats and reiterates the above allegations not inconsistent herewith as if repeated verbatim.

19. At all times herein-referenced, Defendant Sambrosky was under the hire, training, control and supervision of Defendant Sensenich Trucking.

5

20. At all relevant times herein-referenced, Defendant Sensenich Trucking knew of or had reason to know of its employees and agents and had the ability and means to hire, train, control and supervise the conduct and actions of them.

21. Defendant Sensenich Trucking negligently, grossly negligently, carelessly, recklessly, willfully and wantonly failed to properly hire, train, control and supervise the actions and conduct of Defendant Sambrosky, in the following particulars, to wit:

   a. In failing to properly investigate the background of Defendant Sambrosky before hiring;
   b. In failing to train and instruct Defendant Sambrosky and its employees as to how to properly and safely operate a vehicle;
   c. In failing to train and instruct Defendant Sambrosky and its employees as to how to properly operate the tractor trailer on a public highway;
   d. In failing to remedy the improper conduct and actions of its employees; and
   e. In such other particulars as may be shown at trial.

19. As a direct and proximate result, Plaintiff suffered damage and harm and is informed and believed Plaintiff is entitled to judgment against Defendants for a sum of damages as to be determined by the triers of fact in this case.

WHEREFORE, the Plaintiff prays for judgment against the Defendants for actual and punitive damages in an amount to be determined by the triers of the facts, plus the costs and disbursements of this action, and for such other and further relief as the Court deems proper.

~Signature Page Follows~

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

ELECTRONICALLY FILED - 2022 Apr 01 9:38 AM - RICHLAND - COMMON PLEAS - CASE#2022CP4001704

Respectfully submitted,

*s/ J. Eric Cavanaugh*
J. Eric Cavanaugh, S.C. Bar No. 100044
Joseph O. Thickens, S.C. Bar No. 101398
William H. Yarborough, Jr., S.C. Bar No. 102868
Cavanaugh & Thickens, LLC
1717 Marion Street (29201)
Post Office Box 2409
Columbia, SC 29202
Tel:   (803) 888-2200
Fax:  (803) 888-2219
eric@ctlawsc.com
joe@ctlawsc.com
will@ctlawsc.com

**ATTORNEYS FOR PLAINTIFF**

Columbia, South Carolina

April 1, 2022